UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GERALD D.W. NORTH,

        Plaintiff,

    v.

WENDI THOMAS, et al.,

        Defendants.

Case No.  24-cv-03410-SVK

**ORDER TO DEFENDANTS TO SHOW CAUSE WHY DEFAULT SHOULD NOT BE ENTERED**

Re: Dkt. No. 51

The Court's order on the Parties' motion for leave to amend the pleadings set a deadline of May 5, 2025 for Plaintiff to file an amended complaint and stated that Defendants' response to the amended complaint was due 14 days after it was filed.  Dkt. 46.  Plaintiff filed the amended complaint on May 2, 2025.  Dkt. 49.  As of the date of this Order to Show Cause ("OSC"), Defendants have not filed any response to the amended complaint.  On May 19, 2025, Plaintiff filed a request for entry of default.  Dkt. 51.  The Court hereby **ORDERS** Defendants to show cause why default should not be entered.  Defendants' written response to this OSC must be filed by **May 29, 2025.**

      **SO ORDERED.**

Dated: May 22, 2025

SUSAN VAN KEULEN
United States Magistrate Judge

United States District Court
Northern District of California