UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD D.W. NORTH,<br><br>        Plaintiff,<br><br>    v.<br><br>WENDI THOMAS, et al.,<br><br>        Defendants. | Case No. 24-cv-03410-SVK<br><br>**ORDER ADJUSTING CASE SCHEDULE** |

In light of the pending motions for summary judgment and to strike affirmative defenses, the Court granting the Parties' request to conduct mediation after a ruling on summary judgment (Dkt. 72), and the need for sufficient time between mediation and pretrial deadlines, the Court adjusts the case schedule as follows:

| **Task** | **Current Deadline** | **Adjusted Deadline** |
|---|---|---|
| Pretrial Conference | March 12, 2026 | June 11, 2026 |
| Pretrial meet and confer[1] | February 12, 2026 | May 11, 2026 |
| Pretrial filings[2] | February 19, 26, 2026 | May 21 and 28, 2026 |
| Trial | March 23, 2026 | June 22, 2026 |

**SO ORDERED.**

Dated: January 15, 2026

SUSAN VAN KEULEN
United States Magistrate Judge

---

[1] As required by this Court's Civil Pretrial Standing Order.

[2] *Id.*