Gerald D.W. North
Gerald D.W. North & Associates
225 West Washington St., Suite 200
Chicago, Illinois 60606
Telephone: (831) 224-0007
Email: northlaw2@yahoo.com

*Pro se*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GERALD D.W. NORTH, an individual residing in Arizona,<br><br>        Plaintiff,<br><br>v.<br><br>ANTHONY and WENDI THOMAS, married individuals residing in Nevada,<br><br>        Defendants | CASE NO. 5:24-CV-03410-SVK<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER**<br><br>Filing Date:   June 2, 2026<br>Hearing Date: N/A<br><br>Honorable Magistrate Judge Susan van Keulen |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties hereby stipulate:

1. On June 6, 2024 Plaintiff filed the complaint in the above-captioned case.

2. On October 3, 2024, Defendants filed their Answer and a Counterclaim.

3. On February 4, 2025, the Court granted Plaintiff's motion to dismiss Defendants' Counterclaim.

4. On May 2, 2025, Plaintiff filed a First Amended Complaint.

5. On June 2, 2025, Defendants filed an Answer to the First Amended Complaint.

6. On October 28, 2025, Plaintiff filed a motion for partial summary judgment.

7. On March 12, 2026, the Court denied Plaintiff's motion for partial summary judgment.

8. On April 1, 2026, during mediation, the parties reached a settlement.

Based on the foregoing facts, Plaintiff and Defendants stipulate and agree as follows:

1. The Court should dismiss this case in its entirety with prejudice.

2. All upcoming hearings and deadlines should be vacated and the case should be terminated.

Date: 6/2/2026                                  Respectfully submitted,

/s/ Gerald D.W. North

/s/ Jeffrey A. Berger

**ECF SIGNATURE ATTESTATION**

In accordance with Local Rule 5-1(i)(3), the filer of this document hereby attests that the concurrence of the filing of this document has been obtained from the other signatory hereto.

Date: 6/2/2026                                  /s/ Gerald D.W. North

# [PROPOSED] ORDER

Pursuant to the stipulation of the parties, IT IS SO ORDERED. The Clerk is directed to close this case.

DATED: __June 3__, 2026                              _Susan van Keulen_

                                        The Hon. Susan van Keulen